UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINITY TVEDT,<br><br>               Plaintiff,<br>     v.<br><br>JOHN DOE, *et al.*,<br><br>               Defendants. | CASE NO. 3:25-cv-05561-RAJ-GJL<br><br>ORDER TO SHOW CAUSE |

The District Court has referred this civil rights action to United States Magistrate Judge Grady J. Leupold. Plaintiff Trinity Tvedt, proceeding *pro se*, initiated this action on June 25, 2025, by filing a proposed Complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff did not pay the filing fee or apply to proceed *In Forma Pauperis* ("IFP") at that time. On June 26, 2025, the Clerk of Court notified Plaintiff of his filing deficiencies and informed him that failure to pay the filing fee or submit a completed IFP Application with an accompanying prison trust account statement by July 28, 2025, could result in dismissal of his action. Dkt. 2. That deadline has elapsed with no filing fee or IFP Application received from Plaintiff.

ORDER TO SHOW CAUSE - 1

Accordingly, if Plaintiff intends to proceed in this action, Plaintiff must accomplish one of the following on or before **September 5, 2025**:

1. **FILE** a complete IFP Application including a certified copy of his Prison Trust Account Statement;

2. **SHOW CAUSE** why Plaintiff cannot file a complete IFP Application by that date; **or**

3. **PAY** the $405.00 filing fee.

If Plaintiff fails to accomplish one of the above requirements by the stated deadline, the undersigned will recommend this action be **DISMISSED** for failure to properly prosecute and for failure to comply with a court order. The Clerk of Court is directed to send Plaintiff copies of the Notice of Filing Deficiency (Dkt. 2) and an IFP Application along with this Order.

Dated this 7th day of August, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2