UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINITY TVEDT,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN DOE, *et al.*,<br><br>              Defendants. | CASE NO. 3:25-cv-05561-RAJ-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court **ADOPTS** the R&R.

(2)     This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with a court order.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 16th day of October, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge